UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FLOURSHINGS PLUS, INC. DBA THE TOM CAT BAR AND GRILL; JACK IN THE BOX, INC.; and DOES 1-10,<br><br>　　　　　　　　　　Defendants. | Case No.:  19cv261 JM (WVG)<br><br>**ORDER REQUIRING PLAINTIFF'S PERSONAL APPEARANCE** |

　　　Defendant's motion to dismiss (Doc. No. 5) is set for oral argument on April 29, 2019 at 10:00 am in Courtroom 5D.  Plaintiff Jaime Reyes is hereby ordered to appear personally for the motion to dismiss hearing, which may last half a day.

　　　IT IS SO ORDERED.

DATED: April 22, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge